UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARILYN DUNN | CIVIL ACTION |
| VERSUS | NO: 09-5496 |
| TANGIPAHOA PARISH SCHOOL BOARD, ET AL. | SECTION: "F" (4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that the Plaintiff, Marilyn Dunn's claims against the Defendants, Tangipahoa Parish School Board, Mark Kowle, and Melissa Stilley, are **DISMISSED WITH PREJUDICE** failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 25th day of May 2010

_____
UNITED STATES DISTRICT JUDGE